### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TERRY PAGE,** : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | No. 06-cv-04695 |
| v. : | |
| : | |
| **BANCROFT NEUROHEALTH, INC.** : | |
| : | JURY TRIAL DEMANDED |
| Defendant. : | |

## DEMAND FOR JURY TRIAL

Plaintiff Terry Page hereby demands a trial by jury as to all issues raised in the Complaint.

          /s/ Stanley B. Cheiken, Esquire (SC1060)
          STANLEY B. CHEIKEN, ESQUIRE

          The Pavilion – Suite 503
          261 Old York Road
          Jenkintown, PA 19046
          (215) 572-8600

          *Counsel for Plaintiff*

October 19, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I caused to be served a true and correct copy of the foregoing DEMAND FOR TRIAL BY JURY upon the following person by electronic filing and first class mail, postage prepaid:

>Jennifer Louise Sova, Esquire
>Ballard Spahr Andrews & Ingersoll
>Plaza 1000 - Suite 500
>Main Street
>Voorhees, NJ 08043-4636

>/s/ Stanley B. Cheiken, Esquire (SC1060)
>STANLEY B. CHEIKEN, ESQUIRE
>
>The Pavilion – Suite 503
>261 Old York Road
>Jenkintown, PA 19046
>(215) 572-8600
>
>*Counsel for Plaintiff*

Date: October 19, 2006